**S. BRETT SUTTON  143107**
**JARED HAGUE  251517**
**BRADY BRIGGS  310934**
**SUTTON HAGUE LAW CORPORATION, P.C.**
5200 N. Palm Avenue, Suite 203
Fresno, California  93704
Telephone:  (559) 325-0500

Attorneys for Plaintiff:
AARON DICKERSON

**ADAM LEVIN (SBN 156773)**
**JEREMY MITTMAN (SBN 248854)**
**GABRIEL HEMPHILL (SBN 338222)**
**MITCHELL SILBERBERG & KNUPP LLP**
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile:  (310) 312-3100

Attorneys for Defendant:
AERA ENERGY LLC

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### BAKERSFIELD DIVISION

\* \* \*

| | |
|---|---|
| AARON DICKERSON, as an individual and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>AERA ENERGY, LLC, a California limited liability company; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 1:21-CV-01384-JLT-BAK (EPG)<br><br>[Removed from Case No. BCV-21-101646]<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION FOR PLAINTIFF'S LEAVE TO FILE THIRD AMENDED COMPLAINT** |

Having received and reviewed the Parties' Joint Stipulation for Plaintiff's Leave to File Third Amended Complaint, and good cause showing, **IT IS ORDERED THAT:**

1.      Plaintiff is granted leave to file his Third Amended Complaint, a copy of which is attached to the Parties' Joint Stipulation for Plaintiff's Leave to File Third Amended Complaint as Exhibit "A," and the Third Amended Complaint shall be deemed as filed as of the date the Court enters this Order;

2.      Defendant waives notice and service of the Third Amended Complaint other than by entry of this Order; and

3.      Defendant will file its Answer to the Third Amended Complaint within 20 calendar days from the date of entry of this Order.

IT IS SO ORDERED.

Dated:   **May 20, 2022**                    /s/ _Erica P. Grosjean_
                                            UNITED STATES MAGISTRATE JUDGE

Sutton Hague
Law Corporation
5200 N. Palm
Suite 203
Fresno, CA 93

2