1

**S. BRETT SUTTON  143107**
**JARED HAGUE  251517**

2

**BRADY BRIGGS  310934**
**SUTTON HAGUE LAW CORPORATION, P.C.**

3

5200 N. Palm Avenue, Suite 203
Fresno, California  93704

4

Telephone:  (559) 325-0500

5

Attorneys for Plaintiff:

6

AARON DICKERSON

7

**ADAM LEVIN (SBN 156773)**
**JEREMY MITTMAN (SBN 248854)**

8

**GABRIEL HEMPHILL (SBN 338222)**
**MITCHELL SILBERBERG & KNUPP LLP**

9

2049 Century Park East, 18th Floor

10

Los Angeles, CA 90067-3120
Telephone: (310) 312-2000

11

Facsimile:  (310) 312-3100

12

Attorneys for Defendant:

13

AERA ENERGY LLC

14

**UNITED STATES DISTRICT COURT**

15

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

16

**BAKERSFIELD DIVISION**

17

\* \* \*

|  |  |
|---|---|
| 18  AARON DICKERSON, as an individual and on behalf of all others similarly situated, | Case No. 1:21-CV-01384-JLT-BAK |
| 19 | [Removed from Case No. BCV-21-101646] |
|  Plaintiff, |  |
| 20 |  |
|  vs. | **JOINT STIPULATION TO REMAND ACTION TO STATE COURT;** |
| 21 |  |
|  | **[PROPOSED] ORDER** |
| 22  AERA ENERGY, LLC, a California limited liability company; and DOES 1 through 50, |  |
| 23  inclusive, |  |
| 24  Defendants. |  |
| 25 |  |
| 26 |  |

27

28

Sutton Hagu
Law Corporation
5200 N. Palm .
Suite 203
Fresno, CA 93

1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

This stipulation is made between Plaintiff Aaron Dickerson ("Plaintiff") and Defendant Aera Energy, LLC ("Defendant") (collectively, the "Parties"), through their undersigned attorneys of record, and pursuant to Civil Local Rule 143.

1.      WHEREAS, Plaintiff filed his civil claims against Defendant in Kern County Superior Court on July 20, 2021;

2.      WHEREAS, Plaintiff filed a First Amended Complaint in Kern County Superior Court on August 13, 2021;

3.      WHEREAS, Plaintiff filed a Second Amended Complaint in Kern County Superior Court on September 13, 2021;

4.      WHEREAS, Defendant removed the Action to United States District Court, Eastern District of California – Bakersfield Division on September 16, 2021;

5.      WHEREAS, the Parties participated in an initial mediation session under the supervision of mediator Scott Markus, Esq. on March 17, 2022, and a second mediation session with Mr. Markus on July 1, 2022;

6.      WHEREAS, during the course of the mediation sessions, the Parties discussed at length the propriety of Defendant's removal of the case;

7.      WHEREAS, in the days following the second mediation session, the Parties continued their settlement negotiations through Mr. Markus and reached a settlement of all claims in this Action, have executed a Memorandum of Understanding encompassing the main provisions of the settlement and are in the process of drafting a long-form settlement agreement;

NOW THEREFORE, it is hereby stipulated and agreed by and between the Parties to the above-entitled Action through their respective attorneys of record that:

1.      Pursuant to the Memorandum of Understanding between the Parties and this Stipulation, the Parties stipulate that the Court should remand this Action to state court for the purposes of settlement only; and

Sutton Hagu
Law Corporation
5200 N. Palm
Suite 203
Fresno, CA 93

2

1    2.    In the event the settlement does not become final for any reason, this Stipulation

2  will be void *ab initio* and the Parties will have the right to further contest whether removal and/or

3  remand of this Action is appropriate.

4

5  DATED:   September 6, 2022           Respectfully Submitted,

6

7                                    SUTTON HAGUE LAW CORPORATION, P.C.

8                                    By:   /s/ - Jared Hague.
                                     S. BRETT SUTTON
9                                    JARED HAGUE
                                     Attorneys for Plaintiff
10                                   AARON DICKERSON

11 DATED:   September 6, 2022           Respectfully Submitted,

12

13                                   MITCHELL SILBERBERG & KNUPP, LLC.

14

15                                   By:   /s/ - Jeremy Mittman
                                     ADAM LEVIN
16                                   JEREMY MITTMAN
                                     GABRIEL HEMPHILL
17                                   Attorneys for Defendant
                                     AERA ENERGY, LLC
18

19

20

21

22

23

24

25

26

27

28

Sutton Hagu
Law Corporation
5200 N. Palm
Suite 203
Fresno, CA 93

3
_____

**[PROPOSED] ORDER**

Pursuant to the joint stipulation to remand the above-captioned action to state court, and for good cause shown, the above-captioned action is remanded to the Superior Court of the State of California for the County of Kern as *Aaron Dickerson v. Aera Energy, LLC*, Case No. BCV-21-101646, in light of the Parties' agreement to settle this action.

In the event the settlement does not become final for any reason, this stipulation and order will be void *ab initio* and Defendant will have the right to further contest whether removal and/or remand of this action is appropriate.

IT IS SO ORDERED.

Dated:   **September 13, 2022**

_____
UNITED STATES DISTRICT JUDGE

Sutton Hagu
Law Corporatio
5200 N. Palm
Suite 203
Fresno, CA 93

_____
JOINT STIPULATION TO REMAND ACTION TO STATE COURT